UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                              Case No.: 1-22-40412-ess

  Produce Depot USA LLC,                                            Chapter 7

                                       Debtor.
---------------------------------------------------------X

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that Initial hearing originally scheduled to be held **on April 14, 2022, at 10:30 A.M., Courtroom 3585,** has been adjourned on consent and will now be held **on May 26, 2022, at 10:30 A.M.**

Dated: Brooklyn, NY
April 12, 2022                                             */s/ Alla Kachan*
                                                                      Alla Kachan, Esq.