Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
In re:

   Produce Depot USA LLC,

                   Debtor.
-------------------------------------------------------X

Case No: 1-22-40412-ess
Chapter 11

State of New York )
         ) ss.:
County of  Kings  )

                               **AFFIDAVIT OF SERVICE**

      Elena Tolmacheva affirms the following under the penalties of perjury, that on April 20, 2022 I served a true copy of the following documents:

      1) Order Establishing Bar Date for the Filing of Proofs of Claim against Debtor, Produce Depot USA LLC, Pursuant to Bankr. Rule 3003(c)(3);

      2) Notice of Order Establishing Bar Date for the Filing of Proofs of Claim Pursuant to Bankr. Rule 3003(C)(3);

      3) Official Form No. B410,

      by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

  TO:

**Office of the United States Trustee**
**Brooklyn Office**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**118 Queens Realty LLC**
P.O. Box 365
New York, NY 10021-0006

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**ATLANTIC FRESH PRODUCE IN**
2335 East 28th st
Brooklyn, NY 11229-5033

**C.H. Robinson Worldwide**
820 W. Superior Avenue 10 floor
Cleveland, OH 44113-1827

**Chrome Capital Funding Gr**
1573 Broadway
Hewlett, NY 11557-1428

**Euler Hermes N.A as Agent for GLOBAL FRUITS**
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

**Green Light Go, Inc.**
c/o Kreinces & Rosenberg, P.C.
900 Merchants Concourse, Suite 305
Westbury, New York 11590-5114

**HORIZON TRANSPORTATIO**
800 Red Brook Blvd
Suite 400c
Owings Mills, MD 21117-5173

**Joseph Obermeister Esq.**
136 B Cedarhurst Ave Ste 9
Cedarhurst, NY 11516-2146

**A TO Z PRODUCE**
1103 N MAIN ST
Salinas, CA 93906-3614

**Alexander, Winton & Associates, Inc.**
6515 Goodman Rd, Suite 4
Olive Branch, MS 38654-7336

**CROME CAPITAL FUNDING GRO**
136B CEDARHURST AVENUE SUITE 9
Cedarhurst, NY 11516-2146

**DAVID S. FRIEDKIN CPA**
601 Haring Farm Ct
Westwood, NJ 07675-6481

**GRIFFITH**
3309 BROCKETT RD
Mims, FL 32754-5678

**Guerrero Avocados**
1221 S Los Angeles St
Los Angeles, CA 90015-2538

**MCLEAN PRODUCE & ICE CO**
1748 NORTH OATMAN RD
Bullhead City, AZ 86442-7346

**ADP Totalsource Inc.**
ONE BROADCAST PLAZA SUITE 218
Merrick, NY 11566-3467

**Avocado House, Inc.**
1995 E 20TH ST
Los Angeles, CA 90058-1000

**(p)JPMORGAN CHASE BANK N A**
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

**EDWARD PRODUCE**
160-ANYC TERMINAL MKT
Bronx, NY 10474

**FIRST LAW GROUP**
462 SAGAMORE AVENUE Suite 7
Williston Park, NY 11596-2443

**Green Light Go, Inc.**
560 Main Street
Chatham, NJ 07928-2119

**HORIZON MARKETING INC**
3435 S DEMAREE
Visalia, CA 93277-7006

**Izguerra Produce Inc.**
2111 W HEMLOCK ST
Oxnard, CA 93035-3431

**Natural Flavor Produce LL**
983 E Frontage Rd
Rio Rico, AZ 85648-6365

**New York State Department of Taxation & Finance**
Bankruptcy Section
P O Box 5300
Albany New York 12205-0300

**Queen Funding LLC**
c/o Gene Rosen's Law Firm
200 Garder City Plaza Suie 405
Garden City, NY 11530-3301

**VERIZON**
PO BOX 15124
Albany, NY 12212-5124

**STEIN & STEIN LLP**
1 Railroad Square
Haverstraw, NY 10927-1503

**Prometo Produce Corp**
325 Chestnut St. Suite 210
Philadelphia, PA 19106-2602

**TOTAL QUALITY LOGISTICS**
1701 EDISON DR
Milford, OH 45150-2728

**Chase Ink.**
P.O. Box15298
Wilmington, DE 19850

Dated: April 20, 2022
      Brooklyn, New York

Elena Tolmacheva

Sworn Before Me on This
20 Day of April , 2022

Notary Public

Oiga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393465
Qualified in King County
Commission Expires    June 17, 2023