**WHITEMAN, BANKES & CHEBOT, LLC**
**Jeffrey M. Chebot (JC8441)**
**Suite 210, Constitution Place**
**325 Chestnut Street**
**Philadelphia, Pennsylvania 19106**
**Tel. (215) 882-3660**
**Fax (215) 829-0059**
**email: jchebot@wbc-lawyers.com**

**Attorney for PACA Trust Creditor Prometo Produce Corp.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------X
:
**In re:**                                         :
                                                   :     **Case No.: 1:22-bk-40412-ess**
    **PRODUCE DEPOT USA LLC,**         :
                                                   :     **NOTICE OF APPEARANCE**
       **Debtor-in-Possession.**         :     **AND REQUEST FOR**
                                                   :     **SERVICE OF PAPERS**
                                                   :
                                                   :
-------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Jeffrey M. Chebot of the law firm of Whiteman, Bankes & Chebot, LLC, hereby enters his appearance on behalf of Prometo Produce Corp., pursuant to Bankruptcy Rule 9010(b), and respectfully requests that all notices that are required to be given in this case and all papers served or required to be served in this case pursuant to Bankruptcy Rules 2002, 3017(a) and any other Bankruptcy Rules, court orders, local rules or provisions of the Bankruptcy Code shall be given to and served upon the undersigned by CM-ECF filing or at the office or email address as follows:

                    Jeffrey M. Chebot, Esquire
                    Whiteman, Bankes & Chebot, LLC
                    Suite 210, Constitution Place
                    325 Chestnut Street
                    Philadelphia, PA 19106

        Tel: (215) 882-3660
        Fax: (215) 829-0059
        Email: jchebot@wbc-lawyers.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the notices and papers referred to in the rules specified above, but all other notices and papers, including, but not limited to, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, hand delivery, telephone, facsimile or otherwise.

        Respectfully submitted,

        WHITEMAN, BANKES & CHEBOT, LLC

Dated: May 6, 2022        By: /s/ Jeffrey M. Chebot
    Wyncote, Pennsylvania        Jeffrey M. Chebot (JC-8441)
        Suite 210, Constitution Place
        325 Chestnut Street
        Philadelphia, PA 19106
        T (215) 882-3660
        F (215) 829-0059
        email: jchebot@wbc-lawyers.com

        Attorneys for PACA Trust Creditor Prometo Produce Corp.