Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
In re:

    Produce Depot USA LLC,

                         Debtor.
--------------------------------------------------------X

Case No: 1-22-40412-ess
Chapter 11

State of New York )
             ) ss.:
County of Kings )

**AFFIDAVIT OF SERVICE**

     Nadiia Diachenko affirms the following under the penalties of perjury, that on May 25, 2022 I served a true copy of the following documents:

     1) Motion to approve a Stipulation

     by depositing true copies of same in a post- paid wrapper, in an official depository under the exclusive custody of the U.S. Postal Service within the State of New York, addressed to the following persons at the last known address set forth, to wit:

  TO:

**Office of the United States Trustee**
**Brooklyn Office**
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

**118 Queens Realty LLC**
P.O. Box 365
New York, NY 10021-0006

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**ATLANTIC FRESH PRODUCE IN**
2335 East 28th st
Brooklyn, NY 11229-5033

**C.H. Robinson Worldwide**
**C/O Martyn and Associates Co**
820 W. Superior Avenue 10 floor
Cleveland, OH 44113-1827

**Chrome Capital Funding Gr**
1573 Broadway
Hewlett, NY 11557-1428

**Euler Hermes N.A**
**as Agent for GLOBAL FRUITS LLC**
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

**Euler Hermes N.A**
**as Agent for HORIZON TRANSPORTATION**
800 Red Brook Blvd, #400C
Owings Mills, MD 21117-5173

**Green Light Go, Inc.**
c/o Kreinces & Rosenberg, P.C.
Attn: Howard Rosenberg
900 Merchants Concourse, Suite 305
Westbury, New York 11590-5114

**Joseph Obermeister Esq.**
136 B Cedarhurst Ave Ste 9
Cedarhurst, NY 11516-2146

**A TO Z PRODUCE**
1103 N MAIN ST
Salinas, CA 93906-3614

**Alexander, Winton & Associates, Inc.**
6515 Goodman Rd, Suite 4
Olive Branch, MS 38654-7336

**CROME CAPITAL FUNDING GRO**
136B CEDARHURST AVENUE SUITE 9
Cedarhurst, NY 11516-2146

**DAVID S. FRIEDKIN CPA**
601 Haring Farm Ct
Westwood, NJ 07675-6481

**GRIFFITH**
3309 BROCKETT RD
Mims, FL 32754-5678

**Guerrero Avocados**
1221 S Los Angeles St
Los Angeles, CA 90015-2538

**MCLEAN PRODUCE & ICE CO**
1748 NORTH OATMAN RD
Bullhead City, AZ 86442-7346

**ADP Totalsource Inc.**
ONE BROADCAST PLAZA SUITE 218
Merrick, NY 11566-3467

**Avocado House, Inc.**
1995 E 20TH ST
Los Angeles, CA 90058-1000

**JPMORGAN CHASE BANK N A**
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

**EDWARD PRODUCE**
160-ANYC TERMINAL MKT
Bronx, NY 10474

**ROB**.
462 Sagamore Avenue, Suite 2
East Williston, New York  11596

**Green Light Go, Inc.**
560 Main Street
Chatham, NJ 07928-2119

**HORIZON MARKETING INC**
10421 Prado Woods Dr.
Villa Park, CA 92861

**Izguerra Produce Inc.**
2111 W HEMLOCK ST
Oxnard, CA 93035-3431

**Natural Flavor Produce LL**
983 E Frontage Rd
Rio Rico, AZ 85648-6365

**New York State Department of Taxation & Finance**
Bankruptcy Section
P O Box 5300

Albany New York 12205-0300

**Queen Funding LLC**
c/o Gene Rosen's Law Firm
200 Garder City Plaza Suie 405
Garden City, NY 11530-3301

**VERIZON**
PO BOX 15124
Albany, NY 12212-5124

**STEIN & STEIN LLP**
1 Railroad Square
Haverstraw, NY 10927-1503

**Jeffrey M. Chebot**
**Whiteman, Bankes & Chebot, LLC**
Suite 210, Constitution Place
325 Chestnut Street
Philadelphia, PA 19106

**TOTAL QUALITY LOGISTICS**
1701 EDISON DR
Milford, OH 45150-2728

**Chase Ink.**
P.O. Box15298
Wilmington, DE 19850

**The City of New York Department of Finance**
375 Pearl Street 27th Floor
New York, NY 10038

**Scratch-Cross River Bank**
375 Alabama St, Suite 360
San Francisco, CA 94110


Dated: May 25, 2022
        Brooklyn, New York

                                    Nadiia Diachenko


Sworn Before Me on This

25 Day of _May_ ,2022


        Notary Public

Olga Luzgina
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01LU6393485
Qualified In King County
Commission Expires    June 17, 2023