| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | HEARING DATE:  TBD<br>HEARING TIME:   TBD |

------------------------------------------------------- x
In re:                                                                  :
                                                                            :  Case No. 22-40412 (ESS)
PRODUCE DEPOT USA LLC,                        :
                                                                            :  (Chapter 11)
                                            Debtor.         :
------------------------------------------------------- x  MOTION

PLEASE TAKE NOTICE that upon the within motion and concurrently filed memorandum of law and declaration, William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee") respectfully moves for pursuant to 28 U.S.C. §§ 1406, 1408 and Fed. R. Bankr. P. 1014 for the transfer of this case to the appropriate venue to the District of New Jersey Or, In the Alternative, to the Southern District of New York, and granting other relief as is just.

Dated: New York, New York
           May 27, 2022

                                                      WILLIAM K. HARRINGTON
                                                      UNITED STATES TRUSTEE, REGION 2

                                     By:   */s/ Rachel B. Wolf*
                                                Rachel B. Wolf
                                                Trial Attorney
                                                201 Varick Street, Suite 1006
                                                New York, New York 10014
                                                Tel. No. 212-206-2500
                                                Rachel.Wolf@usdoj.gov