# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details**

**ENTITY NAME:** PRODUCE DEPOT USA LLC
**DOS ID:** 5609475
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 08/23/2019
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 08/23/2019
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 08/31/2021
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

**Service of Process Name and Address**

**Name:** LEGALCORP SOLUTIONS, LLC
**Address:** 11 BROADWAY, SUITE 615, NEW YORK CITY, NY, UNITED STATES, 10004

**Chief Executive Officer's Name and Address**

**Name:**
**Address:**

**Principal Executive Office Address**

**Address:**

**Registered Agent Name and Address**

**Name:** LEGALCORP SOLUTIONS, LLC
**Address:** 11 BROADWAY SUITE 615, NEW YORK, NY, 10004

**Entity Primary Location Name and Address**

**Name:**
**Address:**

**Farmcorpflag**

**Is The Entity A Farm Corporation:** NO

Case 1-22-40412-ess    Doc 29-3    Filed 05/27/22    Entered 05/27/22 14:14:43

Stock Information

| Share Value | Number Of Shares | Value Per Share |