UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re                                                                    Case No. 22-40412 (ESS)

PRODUCE DEPOT USA LLC,                              Chapter 11

                                Debtor.
--------------------------------------------------------X

**ORDER SHORTENING NOTICE PERIOD, ESTABLISHING OBJECTION DEADLINE, AND SCHEDULING HEARING ON MOTION, PURSUANT TO 28 U.S.C. § 1406 AND FED. BANKR. RULE P. 1014 (A), TO TRANSFER THIS CASE TO THE APPROPRIATE VENUE IN THE DISTRICT OF NEW JERSEY OR, IN THE ALTERNATIVE, TO THE SOUTHERN DISTRICT OF NEW YORK**

After consideration of the United States Trustee's Ex-Parte Motion for an Order Shortening the Applicable Notice Period, Establishing an Objection Deadline, and Scheduling a Hearing on Motion of the United States Trustee to Transfer the Case to the Southern District of New York Or, In the Alternative, the District of New Jersey (the "Motion to Shorten Time"), and determination that cause exists to shorten the deadlines because the relief sought in the Motion to Shorten Time is in the best interest of the Debtor, its estate, and its creditors, it is hereby

ORDERED, that the Motion to Shorten Time is GRANTED, and it is further

ORDERED, that the hearing on the Transfer Motion (as defined in the Motion to Shorten Time) and any written objections is scheduled for _____ at _____ (Eastern Time), and it is further

ORDERED, that the deadline for any written objection to the Trustee Motion to be filed with the Court and served upon the Court and the United States Trustee at 201 Varick Street, Room 1006, New York, NY 10014, to the attention of Rachel Wolf, is _____ at _____ (Eastern Time), and it is further

ORDERED, that on or before _____, the United States Trustee shall serve a copy of this order, together with the Transfer Motion, by overnight mail and email, upon the Debtor, the proposed attorneys for the Debtor, all creditors and any party that has filed a notice of appearance in the case; and it is further

ORDERED, that notwithstanding any bankruptcy rule to the contrary, this Order shall take effect immediately upon its entry.