United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 22-40412-ess
Produce Depot USA LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 1
Date Rcvd: May 27, 2022  Form ID: pdf000  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Produce Depot USA LLC, 52 Center Market Street, Brooklyn, NY 11236 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alla Kachan | on behalf of Debtor Produce Depot USA LLC alla@kachanlaw.com |
| Howard Rosenberg | on behalf of Creditor Green Light Go Inc. howard@kresq.com, dmurphy@kresq.com |
| Jeffrey M Chebot | on behalf of Creditor Prometo Produce Corp. jchebot@wbc-lawyers.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re

    Produce Depot USA LLC                    Chapter 11

                                                       Case No. 1-22-40412-ess

                           Debtor.
----------------------------------------------------------------x

## ORDER SCHEDULING HEARING ON TRUSTEE'S MOTION TO LIMIT NOTICE AND MOTION TO TRANSFER VENUE

WHEREAS, on March 2, 2022, Produce Depot USA LLC (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on May 27, 2022, the United States Trustee (the "Trustee") filed a motion to transfer the Debtor's bankruptcy case to the appropriate venue (the "Motion to Transfer Venue"); and

WHEREAS, on May 27, 2022, the Trustee filed a motion to limit notice of the Motion to Transfer Venue (the "Motion to Limit Notice").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a video hearing on the Motion to Transfer Venue, the Motion to Limit Notice, and the relief requested therein, on June 8, 2022 at 2:30 p.m. before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Trustee is directed to serve a copy of this Order, the Motion to Transfer Venue, and the Motion to Limit Notice by overnight express mail, and, in addition to that service, by e-mail, upon the Debtor and all parties entitled to notice to be received by June 1, 2022 at 10:00 a.m.; and it is further

ORDERED, that the Debtor is directed to file proof of service by June 3, 2022 at 5:00 p.m.; and it is further

ORDERED, that written opposition to the Motion to Transfer Venue, the Motion to Limit Notice, and the relief requested therein, may be served and filed to be received by June 7, 2022 at 5:00 p.m.; and it is further

ORDERED, that any opposition to the Motion to Transfer Venue, the Motion to Limit Notice, and the relief requested therein, may be stated on the record at the June 8, 2022 hearing, and a date for the filing of written opposition may be set at the June 8, 2022 hearing; and it is further

ORDERED, that this hearing will be conducted remotely, via video. It is not necessary to request prior authorization to appear remotely. All participants, including attorneys, clients, and pro se parties, may register to appear remotely as follows:

Please register with eCourt Appearances at https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl at least two business days before the scheduled hearing.  To register, please provide your name, address, e-mail address, telephone number to be used on the conference date, and if appropriate, the party that you represent. You will receive instructions how to access the hearing via email two business days before the hearing.

On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.



**Dated: Brooklyn, New York**
**May 27, 2022**

/s/ Elizabeth S. Stong
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:
**Produce Depot USA LLC**
52 Center Market Street
Brooklyn, NY 11236

**Alla Kachan**
Law Offices of Alla Kachan P.C.
2799 Coney Island Avenue
Ste Unit 202
Brooklyn, NY 11235

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

HOWARD ROSENBERG
Attorneys for Green Light Go. Inc.
900 Merchants Concourse, Suite 305
Westbury, New York    11590

 Jeffrey M. Chebot, Esquire
Whiteman, Bankes & Chebot, LLC
Suite 210, Constitution Place
325 Chestnut Street
Philadelphia, PA 19106