UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------x
In re:                                                                  Chapter 11

PRODUCE DEPOT USA LLC,                                  Case No. 22-40412 (ESS)


                                        Debtor.
-------------------------------x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                        :  ss
COUNTY OF NEW YORK  )

      I, Leiden Czarniecki, hereby declare, under penalty of perjury under the laws of the United States of America, and pursuant to 28 U.S.C. § 1746, that on May 31, 2022, I caused to be served a copy of the 1) Order on Notice Shortening Time; 2) United States Trustee's Motion, Pursuant to 28 U.S.C. 1406, 1408 and Fed. R. Bankr. P. 1014(a), to Transfer This Case to Appropriate Venue in the District of New Jersey Or, In the Alternative, to the Southern District of New York; 3) the Memorandum of Law in Support of United States Trustee's Motion; 4) the Declaration of Rachel B. Wolf and 5) Exhibits A, B, C, D, by electronic mail to those creditors set forth on Service List as indicated below.

Dated: New York, New York                  */s/Leiden Czarniecki*
      May 31, 2022                             Leiden Czarniecki

SERVICE LIST

Jeffrey M. Chebot, Esq.
Whiteman, Bankers & Chebot, LLC
Suite 210
Constitution Place
325 Chestnut Street
Philadelphia, PA  19106
jchebot@wbc-lawyers.com

Mark A. Amendola, Esq.
Martyn and Associates Co.
820 Superior Avenue, N>W. 10th Floor
Cleveland, OH  44113
mamendola@martynlawfirm.com

Timothy J. Fierst, Esq.
The Fierst Law Group, P.C.
462 Sagamore Avenue, Suite 2
East Williston, NY 11596
Tfierst.law@gmail.com

Alla Kachan, Esq.
Law Office of Alla Kachan, P.C.
2799 Coney Island Avenue
Suite 202
Brooklyn, NY  11235
alla@kachanlaw.com

Victoria.G.Mosby@irs.gov

insolvency@eulerhermes.com

Howard Rosenberg, Esq.
900 Merchants Concourse, Suite 305
Westbury, NY  11590
howard@kresq.com

UNITED STATES BANKRUPTCY COURT
Eastern District of New York Brooklyn

In re:
  Produce Depot USA LLC,

           Debtor.

Case No.: 22-40412
Chapter: 11

## CERTIFICATE OF SERVICE

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case.  I certify that on May 31, 2022, as directed by the Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached Exhibit A via the mode(s) of service thereon indicated:

| |
|---|
| Motion to Change Venue |
| Order |
| Motion to Limit Notice |

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.
May 31, 2022

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com; 888.909.0100

**EXHIBIT A**

| Job ID | Name and Address of Served Party | Mode of Service | FedEx or USPS Tracking Number |
|---|---|---|---|
| 3377 | 118 Queens Realty, LLC, P.O. Box 365, New York, NY 10021-006 | Overnight | USPS9470111202537540382015 |
| 3377 | A To Z Produce, 1103 N. Main Street, Salinas, CA 93906 | Overnight | 132460881743 |
| 3377 | ADP Totalsource, Inc., One Broadcast Plaza, Suite 218, Merrick, NY 11566 | Overnight | 132460881787 |
| 3377 | Alexander, Winton & Assoc., Inc., 6515 Goodman Road, Suite 4, Olive Branch, MS 38654 | Overnight | 132460881754 |
| 3377 | Alla Kachan, Esq., 2799 Coney Island Avenue, Suite 202, Brooklyn, NY 11235 | Overnight | 132460881651 |
| 3377 | Atlantic Fresh Produce, Inc., 2235 East 28th Street, Brooklyn, , NY 11229 | Overnight | 132460881673 |
| 3377 | Avocado Hose, Inc., 1995 East 20th Street, Los Angeles, CA 90058 | Overnight | 132460881798 |
| 3377 | Book 3, LLC, 62 Burtwood Court, Allendale, NJ 07401 | Overnight | 132460881916 |
| 3377 | C.H. Robinson Worldwide, 820 W. Superior Avenue, 10th Floor, Cleveland, OH 44113 | Overnight | 132460881684 |
| 3377 | Chase Bank, P.O. Box 15298, Wilmington , DE 19850 | Overnight | USPS9470111202537540388208 |
| 3377 | Chrome Capital Funding Group, 1573 Broadway, Hewlett, , NY 11557 | Overnight | 132460881695 |
| 3377 | David S. Freidkin, CPA, 601 Haring Farm Ct., Westwood, NJ 07675 | Overnight | 132460881765 |
| 3377 | Edward Produce, 160-ANYC Terminal Market, Bronx, NY 10474 | Overnight | 132460881824 |
| 3377 | Gaetano Balzano, 6 Mohegan Trail, Saddle River, NJ 07458 | Overnight | 132460881640 |
| 3377 | Global Fruits, 800 Red Brook Blvd, Unit # 400C, Owings Mills, MD 21117 | Overnight | 132460881700 |
| 3377 | Green Light Go, Inc., 900 Merchants Concourse, Suite 305, Westbury, NY 11590 | Overnight | 132460881710 |
| 3377 | Griffith, 3309 Brockett Road, Mims, FL 32754 | Overnight | 132460881776 |
| 3377 | Guerrero Avocados, 1221 S. Los Angeles Street, Los Angeles, CA 90015 | Overnight | 132460881835 |
| 3377 | Horizon Marketing, Inc., 3435 S. Demaree Street, Visalia, CA 93277 | Overnight | 132460881846 |
| 3377 | Horizon Transportation, 800 Red Brook Blvd, Suite #400C, Owings Mills, MD 21117 | Overnight | 132460881721 |
| 3377 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA  19101 | Overnight | USPS9470111202537540382015 |
| 3377 | Izguerra Produce, 2111 W. Hemlock Street, Oxnard, CA 93035 | Overnight | 132460881857 |
| 3377 | Joseph Obermeister, Esq., 13 B Cedarhurst Avenue, Suite 9, Cedarhurts, NY 11516 | Overnight | 132460881732 |
| 3377 | Mark A. Amendola , Esq., 820 Superior Avenue, N.W. Tenth Floor, Cleveland , OH 44113 | Overnight | 132460881802 |
| 3377 | McLean Produce & Ice Co., 1748 North Oatman Road, Bullshead City, AZ 86442 | Overnight | 132460881868 |
| 3377 | Natural Flavor Produce, LLC, 983 E. Frontage Road, Rio Rico, AZ 85648 | Overnight | 132460881879 |
| 3377 | NYC Department of Finance, 375 Pearl Street, 27th Floor, New York, NY 10038 | Overnight | 132460881927 |
| 3377 | NYS Department of Taxation & Finance, P.O. Box 5300, Albany, NY 12205-0300 | Overnight | USPS9470111202537540387959 |
| 3377 | Produce Depot USA, LLC, 52 Center Market Street, Brooklyn, NY 11236 | Overnight | 132460881630 |
| 3377 | Prometo Produce, Whitman, Bankes & Chebot, LLC, Suite 210, Constitution Place, 325 Chestnut Street, Philadelphia, PA 19106 | Overnight | 132460881662 |
| 3377 | Queen Funding, LLC, 200 Garden City Plaza, Suite 405, Garden City, NY 11530 | Overnight | 132460881880 |
| 3377 | Scratch-Cross River Bank, 375 Alabama Street, Suite 360, San Francisco, CA 94110 | Overnight | 132460881938 |
| 3377 | Stein & Stein, LLP, 1 Railroad Square, Harverstraw, NY 10927 | Overnight | 132460881890 |
| 3377 | Timothy J. Fierst, Esq., 462 Sagamore Avenue, Suite 2, East Williston, NY 11596 | Overnight | 132460881813 |
| 3377 | Total Quality Logistics, 1701 Edison Drive, Milford, OH 45150 | Overnight | 132460881581 |
| 3377 | Total Quality Logistics, LLC, 4289 Ivy Pointe Blvd., Cincinnati, OH 45245 | Overnight | 132460881949 |
| 3377 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 | Overnight | USPS 9470111202537540388390 |