In re: Debtor - Produce Depot USA LLC
Case No.: 1-22-40412
Reporting Period: 2/2 - 3/1/2022

## BALANCE SHEET

| ASSETS | BOOK VALUE ON date |
|---|---|
| **CURRENT ASSETS** | |
| Unrestricted Cash and Equivalents | |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | $ - |
| Accounts Receivable (Net) | $ - |
| Notes Receivable | $ - |
| Prepaid Expenses | $ - |
| Professional Retainers | $ - |
| Other Current Assets *(See Attached)* | $ - |
| TOTAL CURRENT ASSETS | $ - |
| **PROPERTY & EQUIPMENT** | |
| Vehicles | |
| Machinery and Equipment | $ - |
| Furniture, Fixtures and Office Equipment | $ - |
| Leasehold Improvements | $ - |
| Taxi Medallions | |
| Less: Accumulated Depreciation | $ - |
| TOTAL PROPERTY & EQUIPMENT | $ - |
| **OTHER ASSETS** | |
| Amounts due from Insiders* | $ - |
| Other Assets *(See Attached)* | $ - |
| TOTAL OTHER ASSETS | $ - |
| TOTAL ASSETS | $ - |

| LIABILITIES AND OWNER EQUITY | |
|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | |
| Accounts Payable | $ - |
| Customer Deposits | $ - |
| Taxes Payable *(refer to FORM MOR-4)* | $ - |
| Notes Payable | $ - |
| Rent / Leases - Building/Equipment | $ - |
| Secured Debt / Adequate Protection Payments | $ - |
| Professional Fees | $ - |
| Amounts Due to Insiders* | $ - |
| Other Post-petition Liabilities *(See Attached)* | $ - |
| TOTAL POST-PETITION LIABILITIES | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | |
| Secured Debt | |
| Priority Debt | $ - |
| Unsecured Debt | $ 1,660,488.00 |
| TOTAL PRE-PETITION LIABILITIES | $ 1,660,488.00 |
| TOTAL LIABILITIES | $ 1,660,488.00 |
| **OWNERS' EQUITY** | |
| Owner's Equity Account | $ (1,660,488.00) |
| Retained Earnings - Pre-Petition | |
| Retained Earnings - Post-petition | $ - |
| Adjustments to Owner Equity *(See Attached)* | |
| Net income | |
| Post-petition Contributions *(See Attached)* | |
| NET OWNERS' EQUITY | $ (1,660,488.00) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re | Case No. 1-22-40412
Debtor - Produce Depot USA LLC | Reporting Period: 2/2 - 3/1/2022

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE ON date |
|---|---|
| **Other Current Assets** | |
| Inventory | $ - |
| Security Deposit | $ - |
| Prepaid Utilities | $ - |
|  | $ - |
|  | $ - |
| Total Other Current Assets | $ - |

| Other Assets | |
|---|---|
|  | $ - |
|  | $ - |
|  | $ - |
|  | $ - |
| Total Other Assets | $ - |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE ON date |
|---|---|
| **Other Post-petition Liabilities** | |
| Credit card liabilities | $ - |
|  | $ - |
|  | $ - |
|  | $ - |
| Total Other Post-petition Liabilities | $ - |

| Adjustments to Owner's Equity | |
|---|---|
|  | $ - |
|  | $ - |
|  | $ - |
|  | $ - |
| Adjustments to Owner's Equity | $ - |

| Post-Petition Contributions | |
|---|---|
|  | $ - |
|  | $ - |
|  | $ - |
|  | $ - |
| Total Post-Petition Contributions | $ - |