In re                                                                                       Case No.    1-22-40412
Debtor- Produce Depot USA LLC                                               Reporting Period:  2/2/2022 - 3/1/2022

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | |
|---|---|---|
| ACCOUNT NUMBER (LAST 4) | BofA | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH - date | 2/1/2022 | $       - |
| **RECEIPTS** | | |
| Sales | $       - | $       - |
| Accounts Receivable - Prepetition | $       - | $       - |
| Accounts Receivable - Postpetition | $       - | $       - |
| Loans and Advances | $       - | $       - |
| Other Income (See Attached) | $       - | $       - |
| TOTAL RECEIPTS | $       - | $       - |
| **DISBURSEMENTS** | | |
| Purchases | $       - | $       - |
| Insurance Expenses | | $       - |
| Net Officer's Compensation | | |
| Repairs and Maintenance | | $       - |
| Subcontractor Services | $       - | $       - |
| Taxes-Other | $       - | $       - |
| Taxes-Payroll | $       - | $       - |
| Utilities | | $       - |
| Payments to Unsecured Creditors | $       - | $       - |
| Other Expenses (See attached) | | |
| Owner's Draw | $       - | $       - |
| Professional Fees | | |
| U.S. Quarterly Trustee Fees | $       - | $       - |
| Court Costs | $       - | $       - |
| TOTAL DISBURSEMENTS | $       - | |
| | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $       - | $       - |
| | | |
| CASH – date | 3/21/2022 | $       - |

### DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:
### (FROM "CURRENT MONTH ACTUAL" COLUMN)

| TOTAL DISBURSEMENTS | $       - |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | $       - |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $       - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $       - |

| | | |
|---|---|---|
| OTHER INCOME | BofA | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |

In re                                                                    Case No.    1-22-40412
Debtor- Produce Depot USA LLC                              Reporting Period:  2/2/2022 - 3/1/2022

|  | $ | - | $ | - |
|---|---|---|---|---|
|  | $ | - | $ | - |
|  | $ | - | $ | - |
|  | $ | - | $ | - |
|  | $ | - | $ | - |
|  | $ | - | $ | - |
| **Total Other Income** | **$** | **-** | **$** | **-** |

| OTHER EXPNESES | BofA | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) | |
|---|---|---|---|---|
| Dues and Subscriptions |  |  | $ | - |
| Gas |  |  | $ | - |
| Payments to credit cards |  |  | $ | - |
| Meals and Entertainment |  |  | $ | - |
| MTA Tax |  |  | $ | - |
| Tolls and Parking |  |  | $ | - |
| Shipping Expenses | $ | - | $ | - |
| Storage | $ | - | $ | - |
| Telephone Expenses | $ | - | $ | - |
| Transportation | $ | - | $ | - |
| Trave Expenses | $ | - | $ | - |
|  |  |  |  |  |
| **TOTAL OTHER EXPENSES** | **$** | **-** | **$** | **-** |