.1:D61

Debtor - Produce Depot USA LLC

Case No. 1-22-40412  
Reporting Period: 2/2/2022 - 3/1/2022

## STATEMENT OF OPERATIONS (Income Statement)

| INCOME | CURRENT MONTH |
|---|---|
| Sales | $ - |
| Other Income (See Attached) | |
| Total Income | |
| **OPERATING EXPENSES** | |
| Advertising | $ - |
| Auto and Truck Expense | $ - |
| Bank Charges | $ - |
| Subcontractor Services | $ - |
| Insurance Expenses | |
| Office Expenses | $ - |
| Officer/Insider Compensation* | |
| Payments to Credit Cards | |
| Shipping | $ - |
| Purchases | $ - |
| Repairs and Maintenance | |
| Taxes-MTA | |
| Taxes-Payroll | $ - |
| Telephone | $ - |
| Transportation | $ - |
| Violations | $ - |
| Utilities | |
| Other Expenses (See Attached) | |
| Total Operating Expenses Before Depreciation | $ - |
| Depreciation/Depletion/Amortization | $ - |
| Net Profit (Loss) Before Reorganization Items | $ - |
| **REORGANIZATION ITEMS** | |
| Professional Fees | |
| U. S. Trustee Quarterly Fees | $ - |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | $ - |
| Gain (Loss) from Sale of Property | $ - |
| Other Reorganization Expenses (See Attached) | $ - |
| Total Reorganization Expenses | $ - |
| | |
| Net Profit (Loss) | $ - |

*"Insider" is defined in 11 U.S.C. Section 101(31).

| Other Income | CURRENT MONTH |
|---|---|
| Cash back rewards | $ - |
| | $ - |
| | $ - |
| | $ - |
| Total Other Income | $ - |

| Other Expenses | CURRENT MONTH |
|---|---|
| Meals and Entertainment | |
| Dues and Subscriptions | |
| Gas | |

.1:D61

| | | Case No. | 1-22-40412 |
|---|---|---|---|
| Debtor - Produce Depot USA LLC | | Reporting Period: | 2/2/2022 - 3/1/2022 |

| | |
|---|---|
| Lease Payments | $ - |
| Postage and Delivery | $ - |
| Tolls and parking | |
| Computer and Internet Expenses | $ - |
| **Total Other Expenses** | $ - |

| Other Reorganization Expenses | CURRENT MONTH |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| **Total Other Reorganization Expenses** | $ - |