Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re:

    Produce Depot USA LLC,

                  Debtor.

Case No: 1-22-40412-ess
Chapter 11

------------------------------------------------------X

## NOTICE OF HEARING ON APPLICATION OF THE DEBTOR, PRODUCE DEPOT USA LLC, TO EMPLOY LAW OFFICES OF ALLA KACHAN, P.C. AS ATTORNEY FOR THE DEBTOR

PLEASE TAKE NOTICE that, pursuant to Local Rule 2016, a hearing to consider the undersigned's of the Debtor, Produce Depot USA LLC, to employ Law Offices Of Alla Kachan, P.C. as attorney for the debtor shall be conducted before the Honorable Elizabeth S Stong, United States Bankruptcy Judge, on **July 8, 2022 at 10:30 A.M.** in the United States Bankruptcy Court – Eastern District of New York, Courtroom 3585, 271 Cadman Plaza East, Brooklyn, New York or as soon thereafter as counsel can be heard. The hearing will be conducted remotely, by telephone or video as the Court deems appropriate, until further notice. Please use eCourt Appearances to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. **Please be sure to register at least two business days before your hearing.** You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. For telephonic appearance please use dial in number **888-808-6929** and access code **8523285#.**

PLEASE TAKE FURTHER NOTICE that any objection to the within Motion must be in writing and must state with particularity the grounds of the objection. The objection must be

filed with the Clerk of the Bankruptcy Court electronically at www.nyeb.uscourts.gov, and a copy of the objection must be served upon the undersigned counsel for the debtor so as to be received no later than one (3) days before the hearing date.

Dated: Brooklyn, New York  
      June 8, 2022

/s/ *Alla Kachan*  
Alla Kachan, Esq.  
Law Offices of Alla Kachan  
2799 Coney Island Avenue, Ste. 202  
Brooklyn, NY 11235  
Tel.: (718) 513-3145